SCWC-12-0000806

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SUSAN P. GORDON, Respondent/Plaintiff-Appellee,

vs.

IRA GORDON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000806; FC-D NO. 10-1-6664)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Kubo, assigned by reason of vacancy, concurring in
part and dissenting in part)

Petitioner/Defendant-Appellant Ira Gordon's application

for writ of certiorari, filed March 3, 2014, is hereby accepted

and will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 17, 2014.

| | |
|---|---|
| Peter Van Name Esser and Huilin Dong for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Samuel P. King, Jr. for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

